IN THE UNITED STATES DISTRICT COURT
FOR THE __EASTERN__ DISTRICT OF TEXAS
_____ DIVISION

__John Robert Horner  69650-018__
Plaintiff's name and ID Number

__U.S.P. Beaumont__
Place of Confinement

v.

__Warden Bantlett   P.O. Box 26030__
Defendant's name and address __Beaumont, TX 77720__

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
FEB 01 2023
BY DEPUTY _____

CASE NO. __1:23cv49__
(Clerk will assign the number)

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, __John Horner__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment    Yes☐ No☐
    b. Rent payments, interest or dividends?            Yes☐ No☐
    c. Pensions, annuities or life insurance payments?  Yes☐ No☐
    d. Gifts or inheritances?                           Yes☑ No☐
    e. Family or friends?                               Yes☐ No☐
    f. Any other sources?                               Yes☐ No☐

    If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    __Church Charity Persons__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
    Yes☑   No☐
    If you answered **YES**, state the total value of the items owned.

    __$144.96__

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐  No ☑

If you answered **YES**, describe the property and state its approximate value.

_____
_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the __29th__ day of __January__, 20__23__.

_____  __69650-018__
Signature of Plaintiff       ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**