UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Judge TRUNCALE-HAWTHORN    CAUSE NO: 1:23-CV-00049

CAUSE STYLE:
JOHN ROBERT HORNER
V.
BARTLETT. ET. AL

NOTICE OF INQUIRY

AS OF MARCH 13th, 2023 PLAINTIFF, WHO IS EXTREMELY LAYMAN TO THE LAW, HAS RECEIVED NO MAIL PERSONAL OR LEGAL AND HAS ONLY LEARNED HIS COMPLAINT RECEIVED A CAUSE NUMBER FROM PACER. PLAINTIFF ASK THE HONERABLE JUDGE TO UNDERSTAND THAT HISSELF AND OTHERS ARE IN IMINENT DANGER. All PERSONS WHO HAVE TRIED TO OBTAIN GRIVENCES, COMPLAINED TO FAMILY, OR FILED TO THE COURTS HAVE BEEN BEING VERBALLY PSYCHOLOGICALLY AND PHYSICALLY ATTACKED SINCE THE 9th DAY OF FEBUARY. AT THIS TIME I AM UNSURE TO WHAT PROVOKED THE DEFENDANTS AND THEIR CO-WORKERS BUT WE HAVE BEEN HELD FOR 9 DAYS WITH NO SHOWER, THEY TOOK OUT THE LIGHT SWITCH TO BE ABLE TO KEEP OUR LIGHTS ON 24/HOURS A DAY, WHILE YOU TRY TO SLEEP THEY HIT YOUR DOOR, NO ACCESS TO LAW LIBRARY OR PHONE TO CALL LAWYERS, THEY HAVE BLOCKED EMAILS AND PHONE NUMBERS TO CIVIL RIGHTS LAWYERS AND ACTIVIST, THEY CAME AND TOOK OUR CLOTHS LEAVING US ONLY BOXER SHORTS WHICH MAKES US UNABLE TO GO TO MEDICAL AND COULD CAUSE US TO GET IN TROUBLE WITH FEMALE OFFICERS. YOUR HONOR I AM SORRY TO BE SUCH A COMPLAINER BUT I AM IN FEAR OF MY AND OTHERS SAFETY. OUR MAIL IS BEING KEPT, RETURNED, AND EVEN DESTROYED.

RELIEF SOUGHT

I, JOHN ROBERT HORNER, ON THE 13th DAY OF MARCH 2023 DO ASK THIS HONORABLE COURT AND THE HONORABLE JUDGE TRUNCALE-HAWTHORN TO PROVIDE THE

PLAINTIFF WITH AN ATTORNEY WHICH CAN HELP AS PLAINTIFF IS LAYMAN, ~~PRISON OFFICIALS~~ PLAINTIFF IS NOT RECEIVING MAIL, AND AS THE DEFENDANTS HAVE VERY EDUCATED KNOWING ATTORNEYS TO HELP THEM AND PLAINTIFF FEELS ~~DUE~~ PROCESS WOULD BE VIOLATED AS THE DEFENDANTS ARE NOT ALLOWING PLAINTIFF TO ACCESS THE LAW LIBRARY, ADMIN REMEDY PROGRAM, LEGAL BOOKS, PROBONO LAW FIRM OR ANY TYPE OF HELP. PLAINTIFF HAS NO FUNDS, JOB, ASSETS OR INCOME TO PURCHASE ATTORNEY OR LAW BOOKS AND DEFENDANTS WON'T ALLOW PLAINTIFF TO SEARCH OUT PRO BONO LAWYERS. ② PLAINTIFF ASK THIS COURT AND THE HONORABLE JUDGE TRUNCALE-HAWTHORN TO PLACE AN INJUNCTION AND RESTRAINING ORDER ON DEFENDANTS, BEAUMONT FEDERAL PENTITENTARY, AND ALL BUREAU OF PRISONS EMPLOYEE'S AT SAID PRISON. PLAINTIFF WOULD LIKE TO BE PLACE IN, (HALFWAY HOUSE IN TAMPA, FL AT; THE GEO GROUP, INC. 5623 E. BROADWAY AVE TAMPA, FL 33619 OR IN JACKSONVILLE, FL AT; BRIDGES INTERNATIONAL 601 AGMAC AVE, JACKSONVILLE, FL 32254) OR IF THESE ARE NOT ACCESIBLE THEN TO ANOTHER BOP FACILTY WITH ALL MY PAPERWORK ~~AND~~ PROPERTY AND A WRITEN LETTER STATING ~~PLAINTIFF~~ WILL BE SAFE AND ABLE TO CONTINUE MY SENTENCE.

WHEREFORE, YOUR PLAINTIFF RESPECTFULLY REQUESTS THAT THE HONORABLE COURT GRANT THE WITHIN RELIEF SOUGHT AND ANY OTHER RELIEF THAT THIS COURT DEEMS JUST AND PROPER.

SIGNED THIS 13TH DAY OF MARCH, 2023. [signature] 69650-018
U.S.P BEAUMONT BEAUMONT TEXAS

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

MARCH, 13TH, 2023

JOHN HORNER 69650-018
U.S.P BEAUMONT
P.O. BOX 26030
BEAUMONT, TX 77720

JOHN ROBERT HORNER
69650-018
[signature]

JOHN HORNER 69650-018
U.S.P BEAUMONT
P.O. BOX 26030
BEAUMONT, TX 77720

NORTH HOUSTON TX 773
16 MAR 2023 PM 2 L



CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 20 2023
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

U.S. DISTRICT COURT
300 WILLOW STREET, RM 104
BEAUMONT, TX 77701

77701-221729