Rex Allen Hicks #71487-061
F.C.C Complex Beaumont U.S.P
P.O Box 26030
Beaumont, Tx. 77720

ATT: David A. O'Toole, Clerk
United States District Court
Eastern District of Texas
104 North third street
Lufkin, Tx 75901

RE: Cause No: 1:23-CV-00049

Dear Judge Trunale/Hawthorn; Begging the Courts Pardon My Name is Rex A. Hicks. I am Currently a resident of USP Beaumont, Unit DA and this is my Plea For your Aid and intervention. Not only Am I A Witness to the heinous, unlawful acts being Committed in this house of horrors, but a victim of them as well. I am being held Captive on Unit DA, Allowed only one hour out of my cell For Every 167 hours within it, if I am lucky. This Hour is in a week broken into increments of ③ 20 minute Periods. Making one Choose between taking a shower, useing the Phone, or the Law Library For the 20 minutes. I am Also a Aryan BrotheHood Drop out, I have been trying to Get DeBriefed, and in process of all of this I have a Hit out on me by the Aryan Brotherhood, I have told SIS this here and at the Last Place I was At. (Coleman 1 USP.) It seems No one wants to be Bothered with Doing the Paper work to get me to a Safe Place away From the Gangs and People that are trying to Kill me Cause I Don't want to be in their Gang any longer, or Do their violence For them. I am Left defenseless to the inhumane and torturous tyranny of the U.S.P Beaumont staff and Administration. I AM IN FEAR OF MY LIFE THROUGH ADMINISTRATIVE NEGLEGENCE AND STAFF/INMATE VIOLENCE AND RETALIATION. PLEASE HELP US STOP BEING HURT.

I PRAY this Letter makes it to you For the SAKe OF Justice AND the HuNDreds I've witNessed violAted A thousAND Times. ThANK you For your AtteNtion to this MAtter.

Respectfully,
Rex allen Hicks    10/26/2022

John Horner 69650-018
U.S.P Beaumont
P.O. Box 26030
Beaumont, TX 77720



NORTH HOUSTON TX 773
21 MAR 2023 PM 5 L

**CLERK, U.S. DISTRICT COURT**
**RECEIVED**

**MAR 2 3 2023**

**EASTERN DISTRICT OF TEXAS**
**BEAUMONT, TEXAS**

U.S. District Court
Clerk Office
300 Willow, Room 104
Beaumont, TX 77701

77701-221729